Filed 7/17/02 by Clerk of Supreme Court

IN THE SUPREME COURT

STATE OF NORTH DAKOTA

2002 ND 123

In the Interest of N.S.

Madeline Free, M.D., Petitioner and Appellee

v.

N.S., Respondent and Appellant

No. 20020145

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Robert O. Wefald, Judge.

AFFIRMED.

Per Curiam.

Wayne D. Goter, P.O. Box 1552, Bismarck, N.D. 58502-1552, for respondent and appellant; submitted on brief.

Julie A. Lawyer, Assistant State’s Attorney, 514 E. Thayer Avenue, Bismarck, N.D. 58501-4413, for petitioner and appellee; submitted on brief.

In the Interest of N.S.

No. 20020145

Per Curiam.

[¶1] N.S. appeals from a district court order continuing treatment for a period not to exceed ninety days.  N.S. argues there was insufficient evidence presented to establish she was chemically dependent and alternative forms of treatment were not available.  We affirm under N.D.R.App.P.35.1(a)(2).

[¶2] William A. Neumann, acting C.J.

Mary Muehlen Maring

Carol Ronning Kapsner

Dale V. Sandstrom

Michael O. McGuire, D.J.

[¶3] The Honorable Michael O. McGuire, D.J., sitting in place of VandeWalle, C.J., disqualified.